UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA E. MORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:03-cv-0995-DFH-VSS |
| ) | |
| JOANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

JUDGMENT AWARDING FEES

Pursuant to this court's Entry on Attorney Fee Application, it is hereby
ORDERED, ADJUDGED, AND DECREED that defendant Commissioner of Social
Security pay to plaintiff Teresa E. Morton and attorney G. Robert Wright jointly
the sum of $3,053.00 and costs of $150.00.

Date: June 28, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

Copies to:

G. Robert Wright
grwright1@ameritech.net

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov